695 A.2d 278

IN THE MATTER OF ALLEN C. MARRA,
AN ATTORNEY AT LAW.

July 1, 1997.

## ORDER

The Disciplinary Review Board on November 6, 1996, having filed with the Court its decision concluding that **ALLEN C. MARRA** of **MONTCLAIR**, who was admitted to the bar of this State in 1967, should be suspended from the practice of law for a period of three months for his violations of. *RPC* 1.1(a) (gross neglect); *RPC* 1.2(a) (failure to abide by a client's directions); *RPC* 1.3 (lack of diligence); *RPC* 1.4(a) (failure to keep client reasonably informed); *RPC* 8.1(b) (failure to cooperate in the disciplinary process); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ALLEN C. MARRA** is hereby suspended from the practice of law for a period of three months, effective July 28, 1997, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.